## Brown Case.

Argued May 10, 1943. Before MAXEY, C. J.; DREW, STERN, PATTERSON, PARKER and STEARNE, JJ.

 reargument refused June 30, 1943.

*E. G. Scoblionko,* for appellant.

*Herbert J. Hartzog,* for appellee.

*Lewis F. Adler,* for Pennsylvania State Education Association, under Rule 61.

PER CURIAM, May 26, 1943:

The judgment of the Superior Court is affirmed on the opinion of Judge BALDRIGE. We observe, however, that if school boards adopt reasonable rules, difficulties such as arose in this case will probably be avoided.